735 A.2d 567

IN THE MATTER OF PHILIP A. VALENTINO,
JR., AN ATTORNEY AT LAW.

September 10, 1999.

## ORDER

The Disciplinary Review Board on August 20, 1998, having filed with the Court its decision concluding that **PHILIP A. VALENTINO, JR.,** of **WILDWOOD,** who was admitted to the bar of this State in 1983, and who thereafter was temporarily suspended from practice pursuant to *Rule* 1:20–13(b) by Order of this Court dated April 1, 1997, and who remains suspended at this time, should be suspended from the practice of law for a period of three years as a matter of final discipline on the basis of his entry of a plea of guilty in the United States District Court for the Eastern District of Pennsylvania to one count of mail fraud, in violation of 18 *U.S.C.A.* § 1341;

And respondent having been ordered to show cause on March 30, 1999, why he should not be disbarred or otherwise disciplined;

And on May 20, 1999, the Supreme Court of Pennsylvania having ordered that respondent be suspended from practice in Pennsylvania for a period of five years on the basis of said criminal conviction, effective February 24, 1997, the date on which respondent was temporarily suspended from practice in that state;

And this Court having concluded that the misconduct established does not warrant discipline substantially different from that imposed in Pennsylvania;

And good cause appearing;

It is ORDERED that **PHILIP A. VALENTINO, JR.,** is suspended from the practice of law for a period of five years and until the further Order of the Court, effective April 1, 1997,; and it is further

ORDERED that no petition for reinstatement to practice be submitted unless and until respondent is reinstated to practice in Pennsylvania; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.